UNITED STATES DISTRICT COURT

For the

SOUTHERN DISTRICT of TEXAS,

BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 2 2023

NATHAN OCHSNER
CLERK OF COURT

Maria T Becerra

Plaintiff

V

Dufrense Spencer Group LLC

Ashley's Homestore Furniture

Defendant's

CIVIL ACTION NO B-23-110

Trial by Jury by Demand

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. **Jurisdiction** This Court has jurisdiction over the action under 42 U.S.C. §§ 2000e-5(f) and 2000e-6(a), and 28 U.S.C. §§ 1331 and 1345.

2. **Venue** is proper in the Southern Division of the United States District Court for the District of Texas, pursuant to 28 U.S.C. § 1391,Defendant Dufresne Spencer Group LLC maintains a place of business in this judicial district and a substantial part of the events

1

giving rise to this action took place in this judicial district. 3000 Pablo Kisel Ste 100, Brownsville Tx. 78526.

3. This alleged action is brought for discrimination in employment pursuant to Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634. Title VII of the Civil Rights Act of 1964, Equal Pay Act 10-Iv Compensation Discrimination In Violation Of The Equal Pay Act.

4. Plaintiff, Maria T Becerra, resides at 505 Honeydale Rd. Lot 123, Brownsville Texas 78520 Cameron County alleges.

5. Defendant's Ashley's Homestore/Furniture, Location 3000 Pablo Kisel Brownsville Texas Ste 100, Dufrense Spencer Group LLC, Resides, 4120 Air Trans Rd Memphis Tn. 38118.

## 6. Brief Background and Facts

7. November 1, 2021, Plaintiff Becerra hired with a position in Store Operations under Store Ops Manager Ana Guerrero.

8. July 3rd, 2022, Plaintiff Becerra and Defendant Store Manager Analisa Flores had a verbal argument. July 4th, 2022, Plaintiff Becerra wrote an email to HR about the verbal incident to complain of Defendant.

10. Defendant Analisa Flores. July 6/7th. I Received a corrective action, after complaining to HR about Analisa Flores.

11. November 2022 Plaintiff Becerra request to transfer to sales. I needed to make more money. Defendant Store Manager, Analisa Flores declined the request because she had given Plaintiff Becerra a corrective action on July 7th, 2022.

12. February 14th, 2023, Plaintiff transferred the sale. Upon transferring to sales, the Defendant Store Manager Analisa denied the two week sales training.

13. Feb 17, 2023, Defendant's Store Manager Analisa Flores, Sales Coordinator Claudia Fuentes failed to assign a tablet and user access to websites.

14. Feb 25, 2023, Defendant Sales Coordinator Claudia Fuentes . Jaime Alvarez interfering with Plaintiff's Becerra's commissions and wages, skipping Plaintiff Becerra in sales rotation., Plaintiff Becerra texted X Manager Ana Guerrero Store Ops. Defendant Store Mgr. Analisa Flores advised she was on vacation to talk to Defendant Claudia Fuentes, When I arrived back to work Defendant Claudia Fuentes wrote Becerra up for talking to other managers first.

15. Feb 28th Managers Defendant's Claudia Fuentes and Jaime Alvarez were skipping me in rotations again, this day I only was allowed to see one customer in 9 hours.

16. Feb 28th, 2023 – March 8th, 2023 - Store manager did not address any of the issues I mentioned to her, but allowed the malice conduct to continue till I was at a breaking point.

17. March 9th, 2023, on payday my check was only 546.00 for 80 hours of work. That comes out to 6.00 an hour and as long as managers.

18. Defendant's had continued to skip me in sales rotations. I was targeted for harassment and bullying by defendant managers Jaime Alvarez, and coworkers Amanda Diaz and Joel calling my tablet case a diaper bag which was embarrassing and humiliating since I transferred.

19. March 9th, 2023 was my last day of work.

20. I was mentally exhausted from the conduct of the store managers, younger sales agents, Mentally drained.

21. March 13, 2023, The emotional strain continued, Defendant's Payroll Dept. Send an update to TROWE and removed my lot # 123. My account was on hold. I needed that cash to pay bills.

22. I was still under so much stress due to my last paycheck was only 546.00. March 31, 2023, and could not make monthly bills.

23. I had to appeal the decision.

24. April 11th, 2023, I became very ill due to the stress, and had an economic hardship. I ended up in the ER with shingles, vertigo, fever, blisters on my torso, enormous amount of pain to my spine.

25. May 10th May 16th, I had to Appeal the case, I had a hearing with Defendant's Store Manager Analisa Flores and HR Jennifer Casanova.

26. **Count 1**

27. Title VII of the Civ. Rights Act of 1964.

28. Age Discrimination in Employment Act of 1967 (ADEA).

29. Prohibition Of Age Discrimination ADEA. *623*. [Section 4]

30. Nov 2022 -Feb 2023 Defendant Store Manager Analisa Flores continued to hire young 20- 25 yrs. sales agents. I was denied transferring to sales. Plaintiff Becerra alleges all previous allegations that appear above are alleged.

31. **Count 2**

32. Unlawful Employment Practices SEC. 2000e-2. [Section 703]

33. **July 3rd – July 6th, 2022,** Defendant's **Store Mgr.** Analisa's Flores attitude was bias after I complained to HR. Retaliation after complaint to HR. Plaintiff Becerra alleges all previous allegations that appear above are alleged.

34. **Count 3**

35. Discriminate To Terms and Conditions and wages.

36. **Feb14th – Feb 25th, 2023**

37. Defendant Store Manager Analisa Flores transferred the Plaintiff Becerra to sales position, Becerra was set up for failure from day 1.

38. Plaintiff Becerra was the only employee that was not set up for training.

39. Plaintiff all previous allegations that appear above are alleged.

40. **Count 4**  Feb 25, 2023

41. Defendant's Sales Coordinator Claudia Fuentes & Jaime Alvarez acted in malice causing harm to the Plaintiff Becerra

42. Intentional Conduct Title VII, § 1991 And Intentional Infliction

43. Interference with commission and wages

44. Plaintiff Becerra alleges all previous allegations that appear above are alleged.

45.

46. **Count 5** Feb 25, 2023

47. Defendant's Sales Coordinator Claudia Fuentes & Jaime Alvarez bedding acted in Bad Faith interfering with Plaintiff Becerra's wages with continuing to skip her in sales rotations

48. Title VII, the ADEA, and the ADA prohibit discrimination in compensation Equal Pay Act 10-Iv Compensation Discrimination In Violation Of The Equal Pay Act

49. Plaintiff Becerra was deprived of equal employment opportunity. S Defendant's ales Coordinator Claudia Fuentes and Jaime Alvarez was intentionally skipping Becerra in sales rotation and being replaced by younger sales agents,.

50. Plaintiff alleges all previous allegations that appear above are alleged.

51. **Count 6**

52. March 9th, 2023 last day of work

53. **Constructive Discharge** occurs when an employee quits their job in response to working conditions that are so poor that no reasonable person would stay. Targeted by co-workers name calling and harassment. Managers created a hostile work environment for

the Plaintiff Becerra once she transferred to sales. Plaintiff Becerra alleges all previous allegations that appear above are alleged.

54.

55. **Conditions Precedent** Plaintiff alleges all previous allegations that Appear above are alleged.

56. **Compensatory And Punitive Damages**. Sec. 21.2585. (a) On finding that a respondent engaged in an unlawful intentional employment practice as alleged in a complaint, a court may, as provided by this section, award: (1) compensatory damages; and (2) punitive damages.

57. **Constructive Discharges** Plaintiff's right to full recovery against defendant on the cause of action asserted herein have been performed or have occurred. *The Civil Rights Act Of 1991 Title I – Federal Civil Rights Remedies*

58. **Damages** The above acts and practices of defendant have caused loss and damage to plaintiffs. Provided by law and exemplary damages due to the egregious conduct of defendant.

59. Plaintiff Maria T Becerra has the right to monetary relief under Title VII of the Civil Rights Act of 1964 (Pub. L. 88-352) (Title VII) future pay, back pay, medical in addition to punitive damages and emotional duress, back pay $14.000.00 plus future pay of 1 year of

$57,600.00 and punitive damages and emotional duress of $50,000.0 in the amount of $122,000.00.

60. **WHEREFORE, Plaintiff demands the following relief** Claims for relief under 10-Iv Compensation Discrimination In Violation Of The Equal Pay Act violation was willful/ intent Plaintiff is entitled to 3 years of back pay $84,000.00 for a grand total to be awarded to plaintiff is $206,000.00 *The Civil Rights Act Of 1991 Title I – Federal Civil Rights Remedies*

61. A jury trial to try this action - Such further relief that the court deems just and proper.

62. The TWC Civil Rights Division filed an allege charge of discrimination, term and conditions, constructive discharge to Ashley's Homestore/Dufrense Spencer Group LLC.

63. The TWC Civil Rights Division attempted unsuccessfully to achieve a resolution through invitations for mediation, as Ashley's Homestore /Dufrense Spencer Group LLC declined the invitation for mediation.

64. Pursuant to Sections 21.208, 21.253 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.

65. All conditions precedent to the filing of this Complaint have been performed have occurred are alleged. Plaintiff received a dismissal from the EEOC and the RTS Notice.

66. PRAYER

67. Plaintiffs pray the Court, after notice of summons and hearing or trial, enter judgment in favor of plaintiffs, awards plaintiffs the costs of court, damages, and such other and further relief as they may be entitled to in law or in equity.

68. Respectfully

69. Certificate of Service

70. I certify on the ___ day of August 2023. I emailed, mailed for hand delivered a copy of the Petition to Ashley's Homestore Furniture 3000 Pablo Kisel Brownsville TX. 78526

71. Respectfully Submitted,

72. BY: *Maria P Becerra*  Aug 2, 2023
73. Maria T Becerra Becerra, Pro Se
74. 505 Honeydale Rd Lot 123
75. Brownsville Tx. 78520
76. Becerra66@yahoo.com 210- 577-1787

# Texas Workforce Commission
A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing the Public

Aaron Demerson
Commissioner Representing Employers

Alberto Treviño, III
Commissioner Representing Labor

Edward Serna
Executive Director

Mon Jun 12 00:00:00 EDT 2023

B-23-110

Maria T. Becerra
505 Honeydale Road Lot 123
Brownsville, TX 78520

RE: **AMENDED LETTER OF NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1B23134          EEOC: 31C-2023-01011
RE: Maria T. Becerra v THE DUFRESNE SPENCER GROUP LLC

Dear Maria T. Becerra:

Charging Party alleges that they have been subjected to Training, Terms/Conditions and Constructive Discharge based on their Age. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division. Upon issuance the TWCCRD will immediately close this case.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

| Mon Jun 12 00:00:00 EDT 2023 | Maria T. Becerra v THE DUFRESNE SPENCER GROUP LLC | Page 2 of 2 |
|---|---|---|

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

On behalf of the Division,

*Venessa Hernandez for Bryan Snoddy*                     6/19/2023

Bryan Snoddy
Division Director                                        Date

cc:
Ogletree Deakins
Amanda Garland
International Place Tower II 6410
Poplar Ave Ste 300
Memphis, TN 38119

101 E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov
Equal Opportunity Employer / Program
Auxiliary aids and services are available upon request to individuals with disabilities

TEXAS
WORKFORCE SOLUTIONS

# Texas Workforce Commission
A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing the Public

Aaron Demerson
Commissioner Representing Employers

Alberto Treviño, III
Commissioner Representing Labor

Edward Serna
Executive Director

Mon Jun 12 00:00:00 EDT 2023

B-23-110

Maria T. Becerra
505 Honeydale Road Lot 123
Brownsville, TX 78520

RE:   **2nd AMENDED LETTER OF EXPEDITED NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1B23134                    EEOC: 31C-2023-01011
RE: Maria T. Becerra v THE DUFRESNE SPENCER GROUP LLC

Dear Maria T. Becerra:

Charging Party alleges that they have been subjected to Training, Terms/Conditions and Constructive Discharge based on their Age. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division.

As stated in Texas Labor Code Chapter 21 Sec. 21.253, our agency may issue a notice to file civil action in the event that the Executive Director certifies that administrative processing of the complaint cannot be completed before the 181st day after the date the complaint was filed.

This is to certify that our office will be unable to complete an investigation before the 181st day and thus may issue a Notice of Right to File Civil Action.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

Mon Jun 12 00:00:00 EDT 2023      Maria T. Becerra v THE                    Page 2 of 2
                                  DUFRESNE SPENCER GROUP
                                  LLC

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.253 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

On behalf of the Division,

*Venessa Hernandez for Bryan Snoddy*                    6/19/2023

Bryan Snoddy                                             Date
Division Director


cc:
Ogletree Deakins
Amanda Garland
International Place Tower II 6410
Poplar Ave Ste 300
Memphis, TN 38119

101 E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov
Equal Opportunity Employer / Program
Auxiliary aids and services are available upon request to individuals with disabilities

TEXAS
WORKFORCE SOLUTIONS