United States District Court
Southern District of Texas
**ENTERED**
January 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA T BECERRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-110 |
| | § | |
| DUFRENSE SPENCER GROUP LLC | § | |
| d/b/a ASHLEY'S HOMESTORE FURNITURE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order and Opinion (Doc. 45), Final Judgment is entered in favor of Defendant Dufrense Spencer Group, LLC as to Plaintiff Maria T. Becerra's causes of action. Becerra takes nothing in this lawsuit against Dufrense Spencer Group, LLC.

Each party shall be responsible for its own fees and costs.

The Clerk of Court is directed to close this matter.

Signed on January 17, 2024.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge